# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | Filed 1/20/2010 |
| v. | ) | Clerk, U. S. District Court |
| CARLOS NAME (1) | ) | Western District of Texas |
| MAURICIO NAME (2) | ) | By _____ Deputy |
| | ) | Case No. SA-10-58M(1,2) |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 15, 2010__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a) & (b)(1)(B)(vii) | Manufacture in Excess of 100 Marijuana Plants |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

STEVEN YOUNGBLOOD, SPECIAL AGENT DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/20/2010

_____
*Judge's signature*

JOHN W. PRIMOMO, U.S. Magistrate Judge
*Printed name and title*

City and state: SAN ANTONIO, TEXAS

ATTACHMENT "A"

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND SUMMONS**

STEVEN YOUNGBLOOD, BEING DULY SWORN, DEPOSES AND SAYS:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), assigned to the San Antonio District Office of the DEA. In addition to the basic law enforcement training I have also received advanced training regarding the controlled substance laws of the State of Texas and the United States. I have in the past been the affiant on affidavits in support of arrest warrants and complaints in federal court.

2. On January 15, 2010, a State Search Warrant was executed at the residence of 810 Briarcliff Drive, San Antonio, Texas, the residence of Carlos NAME and Mauricio NAME. The utilities are listed to Carlos NAME. Upon the execution of the search warrant, Agents and Task Force Officers of the DEA, and Investigators of the Bexar County Sheriff's Office detained Carlos NAME and Mauricio NAME. During the search, DEA agents discovered an indoor marijuana growing operation within and throughout the interior of the residence. Agents seized 263 marijuana plants. Agents also discovered and seized marijuana throughout the property weighing a gross weight of 1.6 kilograms. The marijuana was field tested positive for Marijuana. I have the experience to establish that the marijuana discovered at the residence were amounts consistent with the manufacturing and distribution of marijuana.

3. Also, at the residence, numerous articles of dominion and control were found containing and/or belonging to both Carlos NAME and Mauricio NAME, to include bills, letters, clothes, and photographs of the defendants. Also, a handgun, a shotgun rifle, three weighing scales, and indoor growing equipment were located within the residence.

4. Prior to the application for the State Search Warrant, a Source of Information provided information that Carlos NAME and Mauricio NAME reside at this residence. In addition, the Source of Information provided information related to the indoor marijuana growing operation. Affiant further sayeth not.

_____
STEVEN YOUNGBLOOD, Special Agent DEA

Subscribed and sworn to on this the 20th day of January, 2010.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE