UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
2010 FEB -3 A 11: 49
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. SA-10-CR-0087-FB |
| Plaintiff, ) | |
| v. ) | INDICTMENT |
| ) | |
| CARLOS NAME (1), ) | [Vio.: 21 U.S.C. § 846: |
| MAURICIO NAME (2) ) | Conspiracy to Manufacture and |
| ) | Possess With Intent to |
| ) | Manufacture Marijuana Plants; |
| ) | 21 U.S.C. §§ 841(a)(1) and |
| ) | 841(b)(1)(A):Manufacture and |
| ) | Possession with Intent to |
| ) | Manufacture Marijuana Plants; |
| ) | 18 U.S.C. § 2: Aiding and |
| ) | Abetting. ] |
| Defendants. ) | |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 846]

That beginning on or ~~before~~ about January 15, 2010, the exact date unknown to the Grand Jury, in the Western District of Texas, and divers other places, Defendants,

CARLOS NAME, AND
MAURICIO NAME,

did unlawfully, willfully and knowingly combine, conspire, confederate, and agree together and with one another to manufacture and possess with intent to manufacture a controlled substance, which offense involved in excess of 100 Marijuana Plants, a Schedule I Controlled Substance, contrary to Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(B), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) and 841(b)(1)(B)]
[18 U.S.C. § 2]

That on or about ~~July 18, 2002~~ January 15, 2010, in the Western District of Texas, Defendants,

**CARLOS NAME, AND
MAURICIO NAME,**

did unlawfully, knowingly and intentionally aid and abet one another and others to manufacture and possess with intent to manufacture a controlled substance, which offense involved in excess of 100 Marijuana Plants, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

JOHN MURPHY
United States Attorney

By: _____
Don J. Calvert
Assistant United States Attorney