UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | SA-10-CR-087-FB |
| | § | |
| MAURICIO NAME (2) | § | |

### ORDER DENYING MOTION FOR EARLY TERMINATION OF PROBATION

The matter before the Court is Defendant's *Motion for Early Termination of Probation* **(Doc. #73)**. The Court has reviewed the motion and finds that said motion should be denied. It is, therefore,

**ORDERED** that Defendant's Motion for Early Termination of Probation **(Doc. #73)** be and the same is hereby **DENIED**.

**SO ORDERED** this _14_ day of April, 2014.

FRED BIERY
Chief United States District Judge